**Order entered January 14, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00882-CR

**CHACEY TYLER POYNTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 32739CR**

## ORDER

The reporter's record was due August 27, 2019. The Court granted three extensions of time to file the record but to date, the reporter's record has not been filed. In our last order, we cautioned court reporter Julie Vrooman that the failure to file the reporter's record by December 2, 2019 might result in the Court ordering she not sit until the reporter's record is filed.

We **ORDER** that court reporter Julie C. Vroom **NOT SIT** as a court reporter until she has filed the complete reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Keli Aiken, Presiding Judge, 354th Judicial District Court; Julie Vrooman, official court reporter, 354th Judicial District Court; to the Hunt County Auditor's Office and to counsel for all parties.

/s/    LANA MYERS
           JUSTICE